United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>DIRITO REAL ESTATE, LLC, et al.,<br><br>            Defendants. | Case No.  16-cv-01671-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 5, 20 |

Plaintiff filed this action on April 3, 2016.  Pursuant to the scheduling order entered on April 5, 2016, the last day for Plaintiff to file a Notice of Need for Mediation was August 29, 2016.  (Dkt. 5.)  Pursuant to a stipulation approved by the Court, Plaintiff's deadline to file a Notice of Need for Mediation was extended to September 19, 2016.  (Dkt. 20.)  To date, Plaintiff has not yet done so.  Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than November 17, 2016 why this case should not be dismissed for failure to prosecute.  Plaintiff is admonished that if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: November 10, 2016

_____
SALLIE KIM
United States Magistrate Judge