CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

ERICA L. ROSASCO (SBN 220836)
REBECCA L. MENENDEZ (SBN 262487)
McKAGUE | ROSASCO PC
2202 Plaza Drive
Rocklin, CA 95765
Telephone: (916) 672-6552
Facsimile: (916) 672-6563
Email: erosasco@mrpclaw.com;
rmenendez@mrpclaw.com
Attorneys for Defendants, Dirito Real Estate,
LLC and Autocom Energy, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRITO REAL ESTATE, LLC, a California Limited Liability Company;<br>AUTOCOM ENERGY, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants, | Case:   3:16-CV-01671-SK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 17, 2017         CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: April 17, 2017         McKAGUE | ROSASCO PC

By: /s/ Erica L. Rosasco
    Erica L. Rosasco
    Attorneys for Defendants
    Dirito Real Estate, LLC and Autocom Energy, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Erica L. Rosasco, counsel for Dirito Real Estate, LLC and Autocom Energy, LLC, and that I have obtained Ms. Rosasco's authorization to affix her electronic signature to this document.

Dated: April 17, 2017         CENTER FOR DISABILITY ACCESS

                              By: /s/ Phyl Grace
                                  Phyl Grace
                                  Attorneys for Plaintiff